UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES DOLAN (4),<br><br>　　　　　Defendant. | Case No. 17-cr-0623-JLS<br><br>ORDER AUTHORIZING ISSUANCE OF PRE-TRIAL SUBPOENA *DUCES TECUM* UNDER FED. R. CRIM. P. 17(c) AND CRIM. L. R. 17.1(b) |

　　　Defendant James Dolan has moved for authorization to issue a pre-trial subpoena *duces tecum* compelling production of recorded interviews of Leonard Francis that are excerpted, in part, in a multi-episode podcast titled "Fat Leonard." The Court finds there is good cause for issuance of such a subpoena.

　　　Accordingly, under Federal Rule of Criminal Procedure 17(c) and Local Criminal Rule 17.1(b), the Court hereby orders that: (1) counsel for Mr. Dolan may issue a subpoena (or, if necessary, subpoenas) compelling production of copies of audio and/or video recordings of interviews of Mr. Francis that are excerpted in part in a multi-episode podcast titled "Fat Leonard;" (2) the subpoena(s) shall require production of the indicated recordings within seven days of service of the subpoena(s); (3) the subpoena(s) shall require the indicated materials be delivered to Clerk, U.S. District Court, Att'n Alex Ramos, 333 West Broadway, Suite 420, San

Diego, California 92101; and (4) the Clerk's office shall promptly make those materials available for inspection and copying by the parties and the attorneys.

**IT IS SO ORDERED.**

DATED: November 18, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge