UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JAMES DOLAN (4),<br><br>         Defendants. | Case No.: 17CR0623-JLS<br><br>**ORDER GRANTING THIRD PARTY MOTION TO INTERVENE AND SETTING BRIEFING SCHEDULE RE: MOTION TO QUASH SUBPOENA** |

  Third Parties Audiation Inc. and Project Brazen Pte. Ltd. have filed a motion to intervene and a motion to quash Defendant James Dolan's subpoena to produce documents (ECF No. 635). Good cause appearing, the motion to intervene is **Granted**.

  Defendant shall file a response to the motion to quash by **December 10, 2021**. A reply may be filed by **December 17, 2021**. At that time, the motion will be deemed submitted and the parties shall await the further order of the Court. Enforcement of the subpoena shall be stayed pending resolution of the motion.

  IT IS SO ORDERED.

Dated: December 1, 2021

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge