**Plaintiff / Petitioner:**
UNITED STATES OF AMERICA
**Defendant / Respondent:**
DAVID NEWLAND, ET AL
State of New York County of Dutchess ss.:

**AFFIDAVIT OF SERVICE**
Index No:
CASE NO. 3:17-CR-0623-JLS

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Tue, Nov 23 2021 AT 03:10 PM AT 110 BOBOLINK RD, YONKERS, NY 10701 deponent served the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE on AUDIATION, INC.

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to Sandy Smallens personally, deponent knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be Founder thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's residence/said place of business and the reply was affirmative.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 52-60   Skin Color: White Skin   Gender: Male   Weight: 145-175 lbs.
Height: 5'5"-5'9"   Hair: Black & gray   Eyes: ____   Relationship: Founder
Other ____

Sean Mahar-Daniels

Sworn to before me on 11/29/21

Notary Public

GINA MAHAR DANIELS
Notary Public - State of New York
Qualified in Dutchess County
No. #01MA6327274
Commission Expires July 6, 20__